## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 11-cr-00177-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LEONARDO GUTIERREZ-ARAGON,
    a/k/a Raul Gutierrez-Aragon,

      Defendant.

---

## MINUTE ORDER[1]

---

On July 8, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **August 10, 2011**, commencing at 10:00 a.m., the court shall conduct a joint change of plea with Criminal Case No. 10-cr-00512-REB, *USA v. Arteaga-Ortega*;

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing; and

3. That the jury trial set to commence July 11, 2011, is **VACATED**.

Dated: July 8, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.